Stanley W. DERING,
Defendant/Appellant,

v.

STATE of Missouri, Plaintiff/Respondent.

No. 64748.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Tyrone GREEN, Appellant.

No. 64191.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Tyrone Green, appeals from his conviction, after a jury trial, of tampering in the first degree. He was sentenced as a persistent offender to six years imprisonment. No jurisprudential purpose would be served by an extended opinion in this case. The conviction is affirmed pursuant to Rule 30.25(b).